# Court of Appeals
# of the State of Georgia

ATLANTA,_ May 23, 2022_____

*The Court of Appeals hereby passes the following order:*

**A22D0368. KENNETH RAY JOHNSON v. THE STATE.**

A jury convicted Kenneth Ray Johnson of aggravated assault and terroristic threats, and we affirmed in *Johnson v. State*, 326 Ga. App. 220 (756 SE2d 303) (2014). Johnson later filed an extraordinary motion for new trial, which the trial court denied on February 8, 2022. Johnson filed his application for discretionary review of the trial court's order on March 24, 2022.[1] We lack jurisdiction because the application is untimely.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As Johnson filed this application 44 days after entry of the order at issue, the application is untimely and is hereby DISMISSED. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57)

---

[1] Johnson filed his application in the Supreme Court of Georgia, which transferred it here.

(1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  05/23/2022

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*